# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0344.  WRIGHT et al. v. CITY OF GREENSBORO et al.

Raymond Wright and various other named individuals (collectively "Wright") appeal the grant of summary judgment entered by the trial court on June 24, 2016 in favor of the City of Greensboro and other named individuals (collectively "Greensboro"). Wright filed its notice of appeal on July 14, 2016, and the appeal was docketed with this Court on September 20, 2016. Greensboro has filed in this Court a motion to remand the case to the trial court and a motion to stay appeal, on the ground that the record as transmitted to this Court is incomplete. Greenboro contends that at the time the trial court clerk transmitted the record to this Court, there were motions (filed on July 28, 2016 and July 29, 2016) pending in the trial court, which motions it had filed to supplement the record and to designate a separate record for inclusion of items not designated by Wright.[1]

After consideration of Greenboro's motions, Wright's response thereto, and the appellate record, it is hereby ordered that Greensboro's motion to remand the case be **GRANTED**. Therefore, this case is remanded to the trial court for a hearing to be

---

[1] Although Greensboro's pleadings seeking to supplement the record are not included in the appellate record transmitted to this Court, Wright concedes that Greensboro had filed one such pleading on July 28, 2016. Notably, the record reflects that on September 1, 2016, Wright directed the trial court clerk to include as part of the appellate record a document not contained in the trial court record but otherwise purportedly designated in its notice of appeal to be included in the appellate record; and the trial court included such document in the appellate record. But the appellate record fails to include Greensboro's motions it had filed in July 2016 to supplement the record.

conducted pursuant to OCGA § 5-6-41. Given our order of remand, Greensboro's motion to stay the appeal is **DENIED** as moot.

> Therefore we remove [this] case[ ] from the appeal docket and remand [it] to the trial court for completion of the record without delay. Once the completed transcript is on file with the trial court and the trial court has entered an order stating that the record is complete or that it cannot be completed, appellants shall have 30 days from the date of the mandated order to refile their notice[ ] of appeal, and upon the filing of such notice[ ] of appeal the case with the complete record and transcript may be transmitted to the Court of Appeals for redocketing.

(Citations omitted.) *Galardi v. Steele-Inman*, 259 Ga. App. 249, 249-250 (576 SE2d 555) (2002).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____10/20/2016_____
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*